**Order entered April 5, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-01049-CV

**LESKEL NICHOLS, Appellant**

**V.**

**PROGRESSIVE INSURANCE COMPANY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00690**

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court to conduct a hearing to determine whether records were made of hearings held in the underlying cause on July 20, 2020 and November 30, 2020. The trial court held the hearing on March 26, 2001. The trial court found no record was made or requested of either hearing and filed written findings with the Court. We **ADOPT** the findings. The supplemental reporter's record of the trial court's March 26th hearing remains due.

We **ORDER** appellant to file his brief on the merits no later than May 5, 2021.

/s/    KEN MOLBERG
       JUSTICE